SLIP OPINION

Cite as 2014 Ark. App. 678

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. E-14-447

DERRICK M. WALKER
APPELLANT

V.

DIRECTOR, DEPARTMENT OF
WORKFORCE SERVICES
APPELLEE

Opinion Delivered December 3, 2014

APPEAL FROM THE ARKANSAS
BOARD OF REVIEW
[NO. 2014-BR-01239]

REVERSED AND REMANDED

## BILL H. WALMSLEY, Judge

Derrick Walker appeals the denial of unemployment compensation benefits. The Appeal Tribunal denied Walker benefits upon finding that he was not able to perform suitable work, and the Board of Review denied the appeal from that decision. We review the decision of the Appeal Tribunal as the Board's decision pursuant to Arkansas Code Annotated section 11-10-525. We reverse and remand because the Board's decision is not supported by substantial evidence.

The facts in this case are very similar to those found in *McDaniel v. Director, Department of Workforce Services*, 103 Ark. App. 231, 288 S.W.3d 281 (2008), where we reversed the Board's decision that the claimant was unable to perform suitable work. Because the only issue presented here involves the sufficiency of the evidence to support the Board's decision, and because this case is clearly controlled by our decision in *McDaniel*, we issue this memorandum opinion in accordance with subsections (a) and (d) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985). We reverse and remand for an award of

SLIP OPINION

benefits.

Reversed and remanded.

GLADWIN, C.J., and VAUGHT, J., agree.

*Derrick M. Walker*, pro se appellant.

*Phyllis Edwards*, for appellee.